

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO. 3:18cr234 DPJ-LRA

JOSHUA MONTREZ HORTON                           18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

On or about November 2, 2016, in Hinds County in the Northern Division of the

Southern District of Mississippi, the defendant, **JOSHUA MONTREZ HORTON,** having been

convicted of a crime, punishable by imprisonment for a term exceeding one year, knowingly

possessed a firearm, in and affecting interstate commerce, and in violation of Title 18, United

States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall

forfeit to the United States all property involved in or traceable to property involved in the

offenses, including but not limited to all proceeds obtained directly or indirectly from the

offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following

property is subject to forfeiture as a result of one or more of the offenses alleged in this indictment:

(1) Glock Pistol Model 30, .45 caliber firearm; and

(2) 24 live rounds of .45 caliber ammunition.

Further, if any of the property described above, as a result of any act or omission of the

defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or

sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or (e) has been commingled with other property,

which cannot be divided without difficulty, then it is the intent of the United States, to seek a

judgment of forfeiture of any other property of the defendant, up to the value of the property

described above.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States

Code, 2461(c).

D. MICHAEL HURST, JR.
United States Attorney

**A TRUE BILL:**
**S/SIGNATURE REDACTED**
**Foreperson of the Grand Jury**

This indictment was returned in open court by the foreperson or deputy foreperson of the
Grand jury on this the _27_ day _NOVEMBER_ , 2018.

UNITED STATES MAGISTRATE JUDGE