PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18cr234-DPJ-LRA

JOSHUA MONTREZ HORTON
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 27th day of November, 2018.

This the 27th day of November, 2018.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
Candace G. Mayberry
Assistant U.S. Attorney
MSB # 104014

Warrant issued:_____

(CGM/ATF)